1
2
3
4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

5
6
7
8
9

United States District Court
Northern District of California

| | |
|---|---|
| 10  **RAFAEL LONG,** | Case No.: 4:23-cv-1689-YGR |
| 11        Plaintiff, | **ORDER TO SHOW CAUSE RE SANCTIONS** |
| 12       v. | |
| 13  **EQUIFAX INFORMATION SERVICE, LLC, ET AL.,** | |
| 14 | |
| 15        Defendants. | |

  **This case is scheduled for a case management conference on August 21, 2023, at 2:00 p.m.  In accordance with this order, lead trial counsel must personally appear at the hearing.**

  The parties have failed to file a joint case management statement as required by Civil Local Rule 16-9 and this Court's Standing Order. Joint case management statements are required and must be filed **seven days in advance** of the initial case management conference date. Parties here should have filed the joint case management statement by **August 14, 2023.** *This is not the first time the Court has admonished parties for failure to comply with its Standing Order or schedule.*

  The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $300 for failure to file a joint case management statement in a timely manner.

  A hearing on this Order to Show Cause will be held on **Monday, August 21, 2023,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Noon, Friday, August 18, 2023**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with

respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule.  **Lead trial counsel must personally appear at the hearing.**  Absent further order, neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

> *If the Court is satisfied with the written submission,* a subsequent order will issue allowing for appearance by Zoom.

> **IT IS SO ORDERED.**

Dated: August 15, 2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

2